UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE,

                Plaintiff,

                                      Civil No. 2:13cv423

v.

BENJAMIN LEE, and
B.O.L. GLOBAL, INC.,

                Defendants.

## DECLARATION OF HEATHER HERRICK

1. I am over the age of eighteen (18) years and am fully competent to testify to the matter stated in this declaration. This declaration is based upon my personal knowledge, Liberty's corporate and business records, and information available from Liberty's employees and agents.

2. I have been employed by JTH Tax, Inc. d/b/a Liberty Tax Service ("Liberty") since January 2008. Currently, I am a Staff Accountant and have held this position since November 2012.

3. For the purchase price of the franchised territory CA154, and for operating capital, Benjamin Lee ("Lee") executed a series of Promissory Notes payable to Liberty. Those Promissory Notes that are currently unpaid and overdue are for the following amounts:

    a. Promissory Note dated January 18, 2011, in the amount of $66,457.45 signed by "Benjamin Lee" as maker. To date, the entire $66,457.45 of the principal amount is unpaid. Attached as Exhibit 1 is a true and correct copy of the January 18, 2011 Promissory Note.

b. Promissory Note dated September 8, 2009, in the amount of $32,919.59 signed by "BOL Global, Inc." as maker. To date. The entire $32,919.59 of the principal amount is unpaid. Attached as Exhibit 2 is a true and correct copy of the September 8, 2009 Promissory Note.

4. Each and every Promissory Not provides that failure to pay amounts as due constitutes a default under the Not. Upon default, the Notes become immediately due and payable.

5. Currently, Lee's outstanding balance owed for the Promissory Notes plus interest is $156,458.09. Attached as Exhibit 3 is a table I prepared summarizing these past due amounts based on the Debt Balance Spreadsheet for this entity.

6. I live in Virginia Beach, Virginia.

7. I am a single mother of a two-year-old child.

8. It would be difficult for me to travel to San Francisco, California, to appear as a witness because of my family and work obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___9___th day of September, 2013.

_____
Heather Herrick

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of September, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Declan C. Leonard, Esq. (VSB No. 40292)
Sara Danjani, Esq. (VSB No. 80277)
Berenzweig Leonard, LLP
8300 Greensboro Drive
Suite 1250
McLean, Virginia 22102
(703) 760-0402 (Telephone)
(703) 462-8674 (Facsimile)
dleonard@berenzweiglaw.com
sdajani@berenzweiglaw.com
*Counsel for Defendant, B.O.L. Global, Inc.*

And I will mail, by pre-paid first-class mail, a copy of the foregoing to non-filing user:

Benjamin Lee
3522 Geary Blvd #1
San Francisco, CA 94118
Telephone number: 415-683-3241


                                                            /s/
                                      David Lindley (VSB # 71215)
                                      Corporate Counsel
                                      JTH Tax, Inc. d/b/a Liberty Tax Service
                                      1716 Corporate Landing Parkway
                                      Virginia Beach, VA 23454
                                      Telephone number:  757-493-8855
                                      Fax number:  800-880-6432
                                      Email:  david.lindley@libtax.com